**Electronically Filed
Supreme Court
SCWC-22-0000065
04-SEP-2025
09:10 AM
Dkt. 19 ODAC**

SCWC-22-0000065

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

THADDEUS ZIEMLAK, SUCCESSOR TRUSTEE OF THE
MARGUERITE M. ZIEMLAK REVOCABLE LIVING TRUST,
Respondent/Plaintiff-Appellee,

vs.

JI WON KEELEY,
Petitioner/Defendant-Appellant,

and

ESTATE OF STANLEY F. ZIEMLAK, aka STANLEY ZIEMLAK,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000065; CASE. NO. 1CC121002576)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, and Devens, JJ., and
Circuit Judge Costa, in place of Recktenwald, C.J., recused, and
Circuit Judge Nichols, in place of Ginoza, J., recused)

Petitioner/Defendant-Appellant Ji Won Keeley's application

for writ of certiorari filed on July 29, 2025, is rejected.

DATED: Honolulu, Hawaiʻi, September 4, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens

/s/ Brian A. Costa

/s/ Steven R. Nichols

